UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID C LETTIERI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANTANDER, )<br>)<br>Defendant. )<br>) | Civil Action No. 24-cv-10361-AK |

## ORDER

**KELLEY, D.J.**

In an August 8, 2025 order, the Court directed plaintiff David Lettieri to pay the $405 filing fee within twenty-eight days if he wished to pursue this action. The Court stated that failure to do so would result in dismissal of this action without prejudice. [Dkt. 18].

The deadline for paying the fee has passed without any response from Lettieri. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**SO ORDERED.**

Dated: September 18, 2025              /s/ Angel Kelley
                                                                                             Hon. Angel Kelley
                                                                                             United States District Judge